UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-cv-1330 (JRT/BRT)

Franklin Lopez, et al.,

    Plaintiffs,

v.

William P. Barr, et al.,

    Defendants.

**MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants move the Court for an order dismissing the claims raised in Plaintiffs' Amended Complaint, Doc. 6.

In support of their motion, Defendants submit a Memorandum of Law filed herewith.

Dated:   August 14, 2020

    ERICA H. MacDONALD
    United States Attorney

    *s/ Andrew Tweeten*

    By:   ANDREW TWEETEN
    Assistant U.S. Attorney
    Attorney ID Number 395190
    600 U.S. Courthouse
    300 South Fourth Street
    Minneapolis, MN   55415
    (612) 664-5600
    andrew.tweeten@usdoj.gov

    Attorneys for Defendants