## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Franklin Lopez, Samuel Martinez Lopez, and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>William P. Barr, United States Attorney General, et al.,<br><br>  Defendants. | Civ. No. 20-1330 (JRT/BRT)<br><br><br>**ORDER** |

Defendants' request an extension of time in which to file a reply in support of their Motion to Dismiss. (Doc. No. 26.) No hearing thereon being necessary and for good cause shown, **IT IS HEREBY ORDERED** that Defendants shall have up to and including September 25, 2020, to file a reply.

Date:  September 18, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge