## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| FRANKLIN LOPEZ, et al,<br><br>Plaintiffs,<br>v.<br><br>WILLIAM P. BARR, et al,<br><br>Defendants. | Civil No. 20-1330 (JRT/BRT)<br><br>**ORDER** |

Nicholas Ratkowski, **CONTRERAS & METELSKA, PA**, 200 University Avenue West, Suite 200, Saint Paul, MN 55103, for plaintiffs.

Andrew Tweeten, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

In light of the Court's Order (Docket No. 45) granting Defendants' Motion to Dismiss for Lack of Jurisdiction in the Subject Matter (Docket No. 15), the Clerk of Court is hereby instructed to **ENTER JUDGMENT ACCORDINGLY**.

DATED: February 2, 2021
at Minneapolis, Minnesota.

　　　　　s/John R. Tunheim　　　　
JOHN R. TUNHEIM
Chief Judge
United States District Court

- 1 -