# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Franklin Lopez, Samuel Martinez Lopez | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 20-cv-01330-JRT-BRT |
| William P. Barr, Executive Office for Immigration Review, James McHenry, Ryan R. Wood, Chad F. Wolf, the United States of America | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion to Dismiss [Docket No. 15] is **GRANTED** and this action is

**DISMISSED without prejudice.**

Date: 2/3/2021                                                                                     KATE M. FOGARTY, CLERK